RECEIVED
MAR 15 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SHARON SEWELL, Plaintiff | CIVIL ACTION NO. 1:18-CV-00720 |
| VERSUS | JUDGE DRELL |
| FERRIDAY HEALTHCARE, L.L.C., Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Ferriday's Rule 12(b)(6) Motion to Dismiss (Doc. 9) is DENIED for lack of jurisdiction.

IT IS FURTHER ORDERED that this case be REMANDED to the Seventh Judicial District Court for the Parish of Concordia, State of Louisiana.

SIGNED in chambers in Alexandria, Louisiana on this 15 day of March 2019.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT